## MATTINSON et al. v. McDONALD, Commissioner of the General Land Office.

### No. 13140.

Supreme Court of Texas.

Oct. 20, 1937.

———◆— --

Homer C. DeWolfe, of Austin, for relators.

William McCraw, Atty. Gen., and H. Grady Chandler, Henry S. Moore, and Russell Rentfro, Asst. Attys. Gen., for respondent.

PER CURIAM.

Respondent W. H. McDonald, Commissioner of·the General Land Office, has filed reply to the motion for leave to file petition for mandamus, and this answer clearly raises one or more issues of fact as regards the right of relators to a mandamus. Under this condition this court has no jurisdiction, and for that reason the motion is overruled.